IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH PEARSON, AND  AVIATION WEST CHARTERS, LLC,<br><br>        Plaintiffs,<br><br>   vs.<br><br>WELLMARK, INC., AND  UNITED SUPPLIES, INC. GROUP HEALTH PLAN,<br><br>        Defendants. | **4:15CV3164**<br><br><br>**ORDER** |

After conferring with counsel,


IT IS ORDERED:


1)      Defendants shall file any Motion to Quash by July 14, 2016.


2)      Plaintiff's Response shall be filed on or before August 1, 2016.


3)      Defendant's Reply shall be filed on or before August 11, 2016.



Dated this 14th day of June, 2016


                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge