IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH PEARSON, AND AVIATION WEST CHARTERS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLMARK, INC., AND UNITED SUPPLIES, INC. GROUP HEALTH PLAN,<br><br>Defendants. | 4:15CV3164<br><br>ORDER |

After conferring, counsel has orally moved to strike the court's motion to quash schedule, (filing no. 33), and to set a deadline for amending the pleadings.

Accordingly,

IT IS THEREBY ORDERED:

1) The Court will strike the undersign's order setting a briefing schedule on defendant's motion to quash (filing no. 33).

2) Plaintiff's motion to amend the pleadings shall be filed by August 11, 2016.

Dated this 14th day of July, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge